[No. 36772-2-I.    Division One.    August 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
CHRISTOPHER WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-00277-8, Kathryn E. Trumbull,
J., entered June 1, 1997. *Affirmed* by unpublished opinion
per Cox, J., concurred in by Coleman and Agid, JJ.

[No. 37340-4-I.    Division One.    August 18, 1997.]

FRANCISZEK P. STARCZEWSKI, *Appellant*, v. DOROTHY
M. CONLEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-2-03527-6, David F. Hulbert, J.,
entered October 6 and November 6, 1995. *Affirmed* by un-
published per curiam opinion.

[No. 37428-1-I.    Division One.    August 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
COUNTS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-02162-6, J. Kathleen Learned, J., entered
September 8, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 37864-3-I.    Division One.    August 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY
D. GARNER, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 95-1-00356-0, Michael F. Moynihan, J.,
entered November 20, 1995. *Reversed* by unpublished per
curiam opinion.